■ Philip A. Fain et al., Respondents, v Keith E. Gleasman et al., Appellants. [825 NYS2d 414]—Appeal from an order of the Supreme Court, Monroe County (William P. Polito, J.), entered March 6, 2006. The order denied defendants' motion to dismiss the amended complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs (*see Fain v. Gleasman*, 34 AD3d 1246 [2006]). Present—Hurlbutt, J.P., Gorski, Centra and Green, JJ.

■ Ralph A. Riggs, Appellant, v Cattaraugus County Council on Alcoholism and Substance Abuse, Inc., Respondent. [825 NYS2d 651]—Appeal from a judgment and order (one paper) of the Supreme Court, Cattaraugus County (Michael L. Nenno, A.J.), entered September 29, 2005 in an action pursuant to Labor Law § 740. The judgment and order granted defendant's motion for summary judgment dismissing the complaint.

It is hereby ordered that the judgment and order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Hurlbutt, J.P., Gorski, Centra and Green, JJ.